

17082-PAM-DE-040746870

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2026, at 3:48 o'clock PM MST, JODY A VANDERHOOF completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 17, 2026                          By:       /s/Orsolya K Lazar

                                                Name:   Orsolya K Lazar

                                                Title:   Executive Director