United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 26-00006-MJC

Jody Alan Vanderhoof                                                            Chapter 13

Crystal Ann Vanderhoof

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 06, 2026 | Form ID: ntcnfhrg | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jody Alan Vanderhoof, Crystal Ann Vanderhoof, 366 S. Main St, Bellefonte, PA 16823-3518 |
| 5770346 | + | Law Office Of Shane L. Weaver, 568 Old York Road, Etters, PA 17319-9543 |
| 5770349 | + | TITAN FCU, 114 MACK AVE, PLEASANT GAP, PA 16823-3104 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5770344 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2026 18:56:09 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5770345 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 06 2026 18:47:00 | FNB OMAHA, 1601 DODGE ST, OMAHA, NE 68197 |
| 5778741 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 06 2026 18:47:00 | First National Bank of Omaha, 1601 Dodge St Stop Code 3113, Omaha, Ne 68197-3113 |
| 5785098 | + | Email/Text: BNCnotices@dcmservices.com | Apr 06 2026 18:47:00 | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5779738 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2026 18:48:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5770347 | + | Email/PDF: ebnotices@pnmac.com | Apr 06 2026 18:56:19 | PENNYMAC LOAN SERVICES, 6101 CONDOR DR STE 200, MOORPARK, CA 93021-2602 |
| 5786372 | + | Email/PDF: ebnotices@pnmac.com | Apr 06 2026 18:56:19 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5784115 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2026 18:47:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg OH 45342 |
| 5770348 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 06 2026 18:47:00 | PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 5770350 | + | Email/Text: UpStart@ebn.phinsolutions.com | Apr 06 2026 18:47:00 | UPSTART NETWORK INC/F, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5778667 | + | Email/Text: peritus@ebn.phinsolutions.com | Apr 06 2026 18:48:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

cr                    PNC BANK, NA

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Shane L Weaver | on behalf of Debtor 1 Jody Alan Vanderhoof bankruptcy@shaneweaverlaw.com LawOfficeOfShaneLWeaver@jubileebk.net |
| Shane L Weaver | on behalf of Debtor 2 Crystal Ann Vanderhoof bankruptcy@shaneweaverlaw.com LawOfficeOfShaneLWeaver@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jody Alan Vanderhoof,

**Debtor 1**

Crystal Ann Vanderhoof,

**Debtor 2**

Chapter     13

Case No.     4:26−bk−00006−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 21, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 28, 2026 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 570−831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 6, 2026 |

ntcnfhrg (08/21)