# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                              Chapter 13

Jody Alan Vanderhoof
 &                                                  Case No, 4:26-BK-00006-MJC
Crystal Ann Vanderhoof

---

## NOTICE

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

June 4, 2026, is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel. United States Bankruptcy Court Sylvia H. Rambo US Courthouse, 197 S. Main St. Wilkes-Barre, PA Date: June 11, 2026, Time: 10:00 AM

| United States Bankruptcy Court US Courthouse, Bankruptcy Courtroom 197 S. Main St. Wilkes-Barre, PA | DATE June 11, 2026 TIME: 10:00 AM |
|---|---|