# United States Bankruptcy Court
## Middle District Of Pennsylvania

In re **Vanderhoof, Jody Alan**　　　　　　　　　　　　Case No.　**4:26-bk-00006**

　　　**Vanderhoof, Crystal Ann**　　　　　　　　　　　Chapter　**13**

　　　　　　　Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

**1st Amended Chapter 13 Plan**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on __05/07/2026__.

Dated:　　　**05/07/2026**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Shane L Weaver**

　　　　　　　　　　　　　　　　　　　　　　　Shane L Weaver
　　　　　　　　　　　　　　　　　　　　　　　Debtor or Debtor's(s') Counsel
　　　　　　　　　　　　　　　　　　　　　　　Bar Number: 206486
　　　　　　　　　　　　　　　　　　　　　　　Law Office Of Shane L. Weaver
　　　　　　　　　　　　　　　　　　　　　　　568 Old York Road
　　　　　　　　　　　　　　　　　　　　　　　Etters, PA 17319
　　　　　　　　　　　　　　　　　　　　　　　Phone: (717) 745-8185
　　　　　　　　　　　　　　　　　　　　　　　Email: bankruptcy@shaneweaverlaw.com

**CAPITAL ONE BANK USA**
PO BOX 31293
SALT LAKE CITY, UT 84131

**Credit Management Company**
Foster Plaza Building 7, 661 Anderson Dr 110
Pittsburgh, PA 15220

**FNB OMAHA**
1601 DODGE ST
OMAHA, NE 68197

**Geisinger**
Billing
100 North Academy Avenue
Danville, PA 17822-3941

**Law Office Of Shane L. Weaver**
568 Old York Road
Etters, PA 17319

**Mount Nittant Medical Center**
PO Box 1259
State College, PA 16804-1259

**PENNYMAC LOAN SERVICES**
6101 CONDOR DR STE 200
MOORPARK, CA 93021

**PNC MORTGAGE**
PO BOX 8703
DAYTON, OH 45401

**TITAN FCU**
114 MACK AVE
PLEASANT GAP, PA 16823

**Transworld Systems Inc**
PO Box BOX 15130
Wilmington, DE 19850-5130

**UPSTART NETWORK INC/F**
PO BOX 1503
SAN CARLOS, CA 94070