# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jody Alan Vanderhoof, Crystal Ann Vanderhoof, | Case No. 26-00006-MJC |
| | Chapter 13 |
| PNC Bank, National Association,<br>    Movant | |
| vs. | |
| Jody Alan Vanderhoof, Crystal Ann Vanderhoof,<br>    Debtor, | |

## OBJECTION TO DEBTORS'
## AMNEDED CHAPTER 13 PLAN

PNC Bank, National Association, ("Movant"), by and through its undersigned counsel, files this *Objection to Amended Chapter 13 Plan* (Doc 28), and states as follows:

1. The Debtors' filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 2, 2026.

2. Movant holds a security interest in the Debtor's real property located at 366 S. Main St, Bellefonte, PA 16823 (the "Property"), by virtue of a Mortgage.

3. Movant filed a Proof of Claim #4 ("Claim"). The Claim reflects a total secured amount of $27,632.39.

4. The Debtors filed an Amended Chapter 13 Plan (the "Plan") on May 7, 2026 (Doc 28).

5. The Plan proposes to pay Movant's claim as a total debt, listing a total secured debt in the amount of $27,627.00 but fails to provide for the interest rate.

6. Therefore, Confirmation of the Plan should be denied until Debtors amend the Plan to properly treat Movant.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

/s/Mark  Cronin_____
Mark  Cronin
Pennsylvania BAR NO. 58240
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106
215-402-6989

IN RE:
Jody Alan Vanderhoof, Crystal Ann Vanderhoof,

PNC Bank, National Association,

    Movant

vs.

Jody Alan Vanderhoof, Crystal Ann Vanderhoof,
    Debtor

Case No. 26-00006-MJC

Chapter 13

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO DEBTORS AMENDED CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Debtors' Attorney
Shane L Weaver
bankruptcy@shaneweaverlaw.com

Trustee
Jack N Zaharopoulos
info@pamd13trustee.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Via First Class Mail:

Jody Alan Vanderhoof
Crystal Ann Vanderhoof
366 S. Main St
Bellefonte, PA 16823

*/s/Mark*
*Cronin*_____
Mark Cronin
Pennsylvania BAR NO. 58240

Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106
215-402-6989