UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
JODY ALAN VANDERHOOF and : CHAPTER 13
CRYSTAL ANN VANDERHOOF, :
    Debtors :
:
    JACK N. ZAHAROPOULOS : CASE NO.  4-26-bk-00006-MJC
    STANDING CHAPTER 13 TRUSTEE :
    Movant :
:
JODY ALAN VANDERHOOF and :
CRYSTAL ANN VANDERHOOF, :
    Respondents

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 5th day of August 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtors' Plan for the following reasons:

1.    Failure to properly state the liquidation value in Section 1B of the Plan.

2.    Debtors' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following:

    a.  Residential real estate—specifically, Trustee believes that there is at least $9,479.00 in non-exempt equity, and requests proof of the value of the Debtors' home.
    b.  $1,683.00 non-exempt equity in PNC checking account.

3.    Trustee avers that Debtors' Plan is not feasible based upon the following:

    a.  The Plan is underfunded relative to claims to be paid – 100%. More specifically, Trustee believes that the plan should provide for the payment of allowed unsecured claims in full.

4.    Trustee avers that Debtors' Plan cannot be administered due to the lack of the following:
    a.  Debtors have not provided to Trustee the Proof of Claim for TITAN FCU.

WHEREFORE, Trustee alleges and avers that Debtors' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtors' Plan;
b. Dismiss or convert Debtors' case; and
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R. McHale
Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 5th day of August 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


Shane L. Weaver
Shane Weaver Law
568 Old York Road
Etters, Pa 17319

<u>/s/Tanya M. Scannelli</u>
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee