Fill in this information to identify your case:

| | First Name | Middle Name | Last Name |
|---|---|---|---|
| Debtor 1 | Jody | Alan | Vanderhoof |
| Debtor 2 (Spouse, if filing) | Crystal | Ann | Vanderhoof |

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number (if known) 4:26-bk-00006

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 PENNYMAC LOAN SERVICES | $106,739.15 | $184,500.00 | $0.00 |

**2.1** PENNYMAC LOAN SERVICES
Creditor's Name
6101 CONDOR DR STE 200
Number Street

MOORPARK, CA 93021
City State ZIP Code

**Describe the property that secures the claim:** 366 S. Main St Pleasant Gap, PA 16823

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ________

**Date debt was incurred** 11/20/2014

**Last 4 digits of account number** 7 9 7 3

**Add the dollar value of your entries in Column A on this page. Write that number here:** $106,739.15

| Part 1: | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2** **PNC MORTGAGE**
Creditor's Name
**PO BOX 8703**
Number Street

**DAYTON, OH 45401**
City State ZIP Code

**Describe the property that secures the claim:** 366 S. Main St Pleasant Gap, PA 16823

| Column A | Column B | Column C |
|---|---|---|
| $27,632.39 | $184,500.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) HomeEquity

**Date debt was incurred** 8/17/2021
**Last 4 digits of account number** 7 5 9 1

**2.3** **TITAN FCU**
Creditor's Name
**114 MACK AVE**
Number Street

**PLEASANT GAP, PA 16823**
City State ZIP Code

**Describe the property that secures the claim:** 2015 Hyundai Santa Fe

| Column A | Column B | Column C |
|---|---|---|
| $6,990.00 | $4,477.00 | $2,513.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) AutoLoan

**Date debt was incurred** 1/20/2023
**Last 4 digits of account number** 2 0 0 1

**Add the dollar value of your entries in Column A on this page. Write that number here:** $34,622.39

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** ______

Debtor 1 Jody Alan Vanderhoof

Debtor 2 Crystal Ann Vanderhoof

First Name Middle Name Last Name

Case number *(if known)* 4:26-bk-00006

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.4 **TITAN FCU** — Describe the property that secures the claim: 2013 GMC Terrain | $2,322.00 | $2,159.00 | $163.00 |

2.4 **TITAN FCU**

Creditor's Name

**114 MACK AVE**

Number Street

**PLEASANT GAP, PA 16823**

City State ZIP Code

**Who owes the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:** 2013 GMC Terrain

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.

- ❑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) AutoLoan

**Date debt was incurred** 7/20/2020

**Last 4 digits of account number** 2 0 0 5

**Add the dollar value of your entries in Column A on this page. Write that number here:** $2,322.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $143,683.54