**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| **In Re Vanderhoof** | : | Chapter 13 |
| | : | Case No. 4-26-bk-00006-MJC |
| Debtor. | : | |

## DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO PLAN

By and through their undersigned counsel, Debtors state as follows in response to the Standing Chapter 13 Trustee's Objection to the Chapter 13 Plan

1. Denied. The Debtors provided a Comparative Market Analysis (CMA) to the Trustee addressing the liquidation value and filed an amended Chapter 13 plan reflecting the liquidation value per the CMA.
2. This averment is a conclusion of law to which no response is required. Whether a specific statute has been violated is a legal determination for the Court to opine upon, not for a litigant or party in interest to conclude as absolute.
   a. Denied. As stated in response #1 above, Debtors provided a CMA which addressed and resolved the allegation of non-exempt equity and lack of real estate value proof. Debtors filed an amended plan based on the CMA's conclusions.
   b. Denied. The CMA and resulting amendments to the Debtors' schedules and plan resolved any issue with the PNC checking account.
3. This averment is a conclusion of law to which no response is required. The Court must determine whether a proposed Chapter 13 Plan is feasible per applicable bankruptcy law, not a litigant or party in interest.
   a. Denied. Debtors incorporate as if fully stated herein their responses to averments 1, 2a, and 2b as if fully stated herein. Specifically, as to the submission of a CMA and the Debtors filing amended schedules and Chapter 13 Plan.
4. Denied. The Debtors provided the trustee with proof of the secured claim status and current balance of the Titan FCU debt, as approved and instructed by the trustee.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court overrule the Standing Chapter 13 Trustee's Objections to the Debtors' Plan.

Respectfully submitted,

**SHANE WEAVER LAW LLC**


<u>/s/ *Shane L. Weaver, Esquire*</u>
Shane L. Weaver, Esquire
PA I.D. No. 206486
568 Old York Road
Etters, PA 17319
(717) 938-5001
Attorney for Debtor

## CERTIFICATE OF SERVICE

AND NOW, on this 11th day of September 2026, I hereby certify that I have served the within Response to the Trustee's Objection to the Debtors' Plan by electronically notifying the following parties or by depositing a true and correct copy of the same in the United States Postal Service First Class Pre-Paid mail:

Ms. Agatha R. McHale, Esquire
Office of Standing Chapter 13 Trustee Jack N. Zaharopoulos, Esquire
8125 Adams Drive, Ste. A
Hummelstown, PA 17036

Respectfully submitted,

**SHANE WEAVER LAW LLC**

/s/ *Shane L. Weaver, Esquire*
Shane L. Weaver, Esquire
PA I.D. No. 206486
568 Old York Road
Etters, PA 17319
(717) 938-5001
Attorney for Debtor