UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>JODY ALAN VANDERHOOF<br>CRYSTAL ANN VANDERHOOF<br>Debtors<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>JODY ALAN VANDERHOOF<br>CRYSTAL ANN VANDERHOOF<br>Respondents | CHAPTER 13<br><br>CASE NO. 4:26-BK-00006-MJC |

**TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1. Failure to properly state the liquidation value in Section 1B of the Plan.

2. Debtors' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtors have access to non-exempt equity in the following: a) Residential real estate, specifically in that the Trustee believes that there is at least $9,479.99 in non-exempt equity, and requests proof of value of the Debtors' home; and b) PNC checking account, in that the Trustee believes there is $1,683.00 of non-exempt equity therein.

3. Trustee avers that Debtors' Plan is not feasible based upon the following: The Plan is underfunded relative to claims to be paid – 100%. More specifically, the Trustee believes that the Plan should provide for the payment of allowed unsecured claims in full.

4. Trustee avers that Debtors' Plan cannot be administered due to the lack of the following: Debtors have not provided to Trustee the Proof of Claim for TITAN FCU.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtors' plan.
b. Dismiss or convert Debtors' case.
c. Provide such other relief as is equitable and just.

Dated: October 21, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

SHANE L WEAVER
SHANE WEAVER LAW
568 OLD YORK ROAD
ETTERS, PA  17319

Dated: October 21, 2026

/s/ Tanya Scannelli

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee