UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JODY ALAN VANDERHOOF, and<br>CRYSTAL ANN VANDERHOOF<br>Debtor | : | |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant | : | |
| vs. | : | |
| JODY ALAN VANDERHOOF, and<br>CRYSTAL ANN VENDERHOOF<br>Respondent | : | CASE NO. 5-26-bk-00006-MJC |

**MOTION TO DISMISS CASE**
**PURSUANT TO § 1307(c)(1)**

AND NOW, this 28th day of October 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale, Esquire, and hereby moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with § 1307(c)(1) due to Debtor's failure to file a confirmable Plan and for unreasonable delay by the Debtor that is prejudicial to creditors. In support of this Motion, Trustee states as follows:

1. On or about January 2, 2026, Debtor filed this case in the Middle District of Pennsylvania. (ECF Doc. 1).

2. Debtor filed his Chapter 13 Plan with this Honorable Court on or about January 13, 2026. (ECF Doc. 13).

3. On or about April 6, 2026, Trustee filed his Objection to Chapter 13 Plan with this Honorable Court. (ECF Doc. 23).

4. Debtor filed his First Amended Chapter 13 Plan with this Honorable Court on or about May 7, 2026. (ECF Doc. 28).

5. On or about May 12, 2026, Trustee filed his Objection to the First Amended Chapter 13 Plan with this Honorable Court. (ECF Doc. 33).

6. Debtor filed his Second Amended Chapter 13 Plan with this Honorable Court on or about July 6, 2026. (ECF Doc. 38).

7. On or about August 5, 2026, Trustee filed his Objection to the Second Amended Chapter 13 Plan with this Honorable Court. (ECF Doc. 40).

8. Debtor filed his Third Amended Chapter 13 Plan with this Honorable Court on or about September 9, 2026. (ECF Doc. 46).

9. On or about October 21, 2026, Trustee filed his objection to the Third Amended Chapter 13 Plan with this Honorable Court. (ECF Doc. 49).

10. Pursuant to § 1307(c),

> Except as provided in subsection (f) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause, including –
>
> (1) Unreasonable delay by the debtor that is prejudicial to creditors…

11. Approximately eleven (11) months have passed since Debtor filed his initial Chapter 13 Plan.

12. Trustee further believes, and therefore avers, that Debtor's failure to file a confirmable plan is prejudicial to creditors.

13. Accordingly, Trustee respectfully requests that this Honorable Court dismiss this case in accordance with § 1307(c)(1).

WHEREFORE, Trustee respectfully requests that this Honorable Court dismiss this case in accordance with § 1307(c)(1) and grant any further relief this Honorable Court deems just and proper.

Respectfully submitted:

Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R McHale, Esquire
Attorney for Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JODY ALAN VANDERHOOF, and | : | |
| CRYSTAL ANN VANDERHOOF | : | |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| STANDING CHAPTER 13 TRUSTEE, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JODY ALAN VANDERHOOF, and | : | |
| CRYSTAL ANN VENDERHOOF | : | |
| Respondent | : | CASE NO. 5-26-bk-00006-MJC |

**NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, filed a Motion to Dismiss on October 28, 2026.

If you object to the relief requested, you must file your objection/response on or before November 18, 2026 with the Clerk of Bankruptcy Court, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 and serve a copy on the Trustee and/or the United States Trustee.

A hearing has been scheduled for November 24, 2026, at 10:00 a.m. at Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701, and will be held regardless of any objections or responses having been filed.

Respectfully submitted,

Date: October 28, 2026

/s/ Agatha R. McHale, Esquire

Attorney ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JODY ALAN VANDERHOOF, and<br>CRYSTAL ANN VANDERHOOF<br>Debtor | : | |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant | : | |
| vs. | : | |
| JODY ALAN VANDERHOOF, and<br>CRYSTAL ANN VENDERHOOF<br>Respondent | : | CASE NO. 5-26-bk-00006-MJC |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 28, 2026, I served a copy of this Motion to Dismiss, Notice, and Proposed Order on the following parties from Hummelstown, PA, unless served electronically:

**SERVED ELECTRONICALLY**

United States Trustee
1501 North 6th Street
P.O. Box 302
Harrisburg, PA 17102

Shane L. Weaver, Esquire
568 Old York Road
Etters, PA 17319

**SERVED BY FIRST CLASS MAIL**

Jody & Crystal Vanderhoof
366 Main Street
Bellefonte, PA 16823

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 28, 2026

/s/ Elizabeth R. Fitzgerald, Paralegal
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: lfitzgerald@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JODY ALAN VANDERHOOF, and | : |
| CRYSTAL ANN VANDERHOOF | : |
| Debtor | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| STANDING CHAPTER 13 TRUSTEE, | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| JODY ALAN VANDERHOOF, and | : |
| CRYSTAL ANN VENDERHOOF | : |
| Respondent | : CASE NO. 5-26-bk-00006-MJC |

**ORDER DISMISSING CASE**

Upon consideration of Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.